People v Thompson

2026 NY Slip Op 02614

April 28, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,

v

Julsean Thompson, Appellant.

Decided and Entered: April 28, 2026

Ind. No. 72577/22|Appeal No. 5455|Case No. 2023-04271|

Before: Kennedy, J.P., Kapnick, Rodriguez, Michael, Hagler, JJ.

The Legal Aid Society, New York (Clara Hammond-Oakley of counsel), for appellant.

Alvin L. Bragg, Jr., District Attorney, New York (Robert Butlien of counsel), for respondent.

[*1]

Judgment, Supreme Court, New York County (Maxwell T. Wiley, J.), rendered July 26, 2023, convicting defendant, upon his plea of guilty, of custodial interference in the first degree, and sentencing him as a second felony offender to a term of two to four years of imprisonment, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence of imprisonment to a term of 1⅓ to 3 years, and otherwise affirmed.

We find the sentence excessive to the extent indicated.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: April 28, 2026